HENRY LUNDBERG and Others, as Executors, etc., of THEODORE B. JOHN-

SON, Deceased, Respondents, v. ELLIS G. POTTER, Appellant, Impleaded with SEABOARD NATIONAL BANK, Defendant.— Order modified so as to disallow questions numbers 2, 4, 5, 6, 8 and 9; and as so modified affirmed, without costs, upon the ground that the appellant should not be examined as to the details of the account until plaintiff's right to an account has been first established. (See *Del Genovese* v. *Del Genovese*, 149 App. Div. 266.) Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.